AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BRANDON DECHAUN BUSH,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:21-cv-6

GEORGIA DEPARTMENT OF CORRECTIONS, et al.,

Defendants

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order dated March 15, 2021, adopting the United States Magistrate Judge's Report and Recommendation as the opinion of the Court, the Court dismisses Plaintiff's complaint without prejudice and denies Plaintiff leave to appeal in forma pauperis. This case stands closed.

Approved by: _____

March 16, 2021
Date

John E. Triplett, Acting Clerk
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03